IN THE COURT OF APPEALS
AT KNOXVILLE

**FILED**

**March 16, 2000**

**Cecil Crowson, Jr.
Appellate Court Clerk**

RONALD STEPHEN SATTERFIELD,    )
    SR.,                          )
                               )
      Plaintiff-Appellee,      )
                               )
                               )
vs.                            )    KNOX CIRCUIT
                               )    E1999-00349-COA-R3-CV
                               )
                               )
GARY LONG and RICHARD M.       )
    SMITH,                        )
                               )
      Defendants-Appellants. )

<u>OPINION ON SECOND PETITION TO REHEAR</u>

In light of an opinion of the Supreme Court, which was filed subsequent to our opinion denying the first petition to rehear in this case (<u>Brown v. Wal-Mart</u>, No. M1997-00138-SC-R11-CV), the Court granted Plaintiff Ronald Stephen Satterfield, Sr., leave to file a second petition to rehear.

Upon considering the petition, along with the response and the Supreme Court case above noted, we conclude the second petition to rehear is meritorious and amend our original opinion to provide that the entire judgment for compensatory damages of $80,000.00 shall be adjudged against the Defendant Gary Long.

Costs incident to the petition to rehear are adjudged against Mr. Long.

_____
Houston M. Goddard, P.J.

CONCUR:


_____
Charles D. Susano, Jr., J.


_____
William H. Inman, Sr.J.